FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL P., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:18-CV-3025-JTR <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 17. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Sarah Moum represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall hold a *de novo* hearing, update the medical records, and issue a new decision. The ALJ shall: (1) reevaluate Plaintiff's subjective symptom complaints; (2) reevaluate the

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

medical opinions of Drs. Foster and Cundiff; (3) reevaluate Plaintiff's residual functional capacity; (4) further evaluate Plaintiff's ability to perform work existing in significant numbers; and (5) obtain supplemental vocational expert testimony. The ALJ may take any other actions necessary to develop the record, and Plaintiff may present additional testimony and submit additional evidence.  **The ALJ will not disturb the decision's findings regarding the period from April 3, 2016 through the date of the decision.**

      2.      **Judgment shall be entered for PLAINTIFF**.

      3.      Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

      4.      An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 9, 2018.



_____
          JOHN T. RODGERS
   UNITED STATES MAGISTRATE JUDGE